No. 12–6299.   KOCAYA *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 12–6301.   LUELLEN *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 12–6304.   CASEY *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 12–6305.   CURRIER *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 12–6311.   LEAL-CAMPOS *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 12–6312.   WELLINGTON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 12–6317.   MUMPOWER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 12–6318.   LAUREL *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 12–6320.   SALINAS-CASTILLO *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 12–6321.   MARTINEZ *v.* UNITED STATES (Reported below: 468 Fed. Appx. 423); MONROE *v.* UNITED STATES (471 Fed. Appx. 373); GARZA MARTINEZ *v.* UNITED STATES (475 Fed. Appx. 956); MIRELEZ-GARCIA *v.* UNITED STATES (475 Fed. Appx. 990); and LOPEZ-RAMOS *v.* UNITED STATES (486 Fed. Appx. 476).   C. A. 5th Cir.   Certiorari denied.

No. 12–6325.   SHEPHERD *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 12–6328.   RAINEY *v.* DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 12–6332.   HERRERA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 12–6333.   HONEY *v.* VIRGINIA.   Sup. Ct. Va.   Certiorari denied.